UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

vs.                                  Case No. 8:11-cv-2211-T-26MAP

CAPRI HOME CARE, INCORPORATED,
D/B/A CAPRI HOME CARE,

        Defendant.
_____/

## JOINT MOTION FOR APPROVAL OF CONSENT DECREE

Pursuant to Fed.R.Civ.P. 65(d), Plaintiff United States Equal Employment Opportunity Commission ("EEOC"), Defendant Capri Home Care, Inc. ("Capri" and/or "Defendant") jointly request that the Court approve and execute the attached Consent Decree.

    1.    EEOC filed this action on September 29, 2011, under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII")*,* Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a ("Title I"), and the Pregnancy Discrimination Act ("PDA") of 1978, 42 U.S.C. § 2000e(k), to correct unlawful employment practices on the basis of sex (pregnancy) and to provide appropriate relief to Bey Xiong ("Charging Party" or "Bey Xiong"), who was adversely affected by such practices. *See* Compl. D.E. 1.

    2.    Capri filed it's Answer, Defenses, and Affirmative Defenses to the Complaint on February 10, 2012. Capri denied the allegations in the Complaint. *See* Answer. D.E. 17.

3. As a result of having engaged in comprehensive settlement negotiations, the Parties have agreed to resolve this action in the terms reflected in the attached Consent Decree.

4. The Parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Fed.R.Civ.P. 65(d) in that it states the reasons why it is issued, provides specific terms that the parties must comply with, and describes in detail the acts restrained and required.

5. Finally, the Court's entry of the Consent Decree will resolve this case in its entirety.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court grant this Joint Motion for Approval of Consent Decree and execute the attached Consent Decree.

Respectfully Submitted

| | |
|---|---|
| s/ Gregory L. McClinton | s/ Erin G. Jackson |
| GREGORY L. MCCLINTON | ERIN G. JACKSON, ESQUIRE |
| TRIAL COUNSEL | Florida Bar No.: 0413097 |
| California Bar No: 153553 | **THOMPSON SIZEMORE** |
| Senior Trial Attorney | **GONZALEZ & HEARING** |
| **U.S. Equal Employment Opportunity Commission** | One Tampa City Center Suite 1600 |
| Tampa Field Office | Tampa, Florida 33602 |
| 501 E. Polk Street, 10th Floor | Tel: (813) 273-0050 |
| Tampa, Florida 33602 | Fax: (813) 273-0072 |
| Tel: 813-202-7947 | mailto:ejackson@tsghlaw.com |
| Fax:813-228-2045 | |
| mailto:gregory.mcclinton@eeoc.gov | |

ROBERT E. WEISBERG
Regional Attorney
Florida Bar No. 286676
robert.weisberg@eeoc.gov

KIMBERLY A. McCOY-CRUZ
Supervisory Trial Attorney
Florida Bar No. 153729
kimberly.mccoy-cruz@eeoc.gov

**U.S. Equal Employment Opportunity Commission**
Miami District Office
100 SE 2nd Street, Suite 1500
Miami, FL  33131
Tel: (305) 808-1801
Fax: (305) 808-1835

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  Not Applicable

      /s/Gregory L. McClinton
GREGORY L. MCCLINTON
TRIAL COUNSEL
Senior Trial Attorney
California Bar No: 153553
Equal Employment Opportunity Commission
Tampa Field Office
501 E. Polk Street, 10th Floor
Tampa, Florida 33602
Tel: 813-202-7947
Fax:813-228-2045
gregory.mcclinton@eeoc.gov