**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION,**

      **Plaintiff,**

**v.**                                  **CASE NO.: 8:11-CV-2211-MSS-MAP**

**CAPRI HOME CARE, INCORPORATED**
**D/B/A CAPRI HOME CARE,**

      **Defendant**

_____/

**ORDER**

      **THIS CAUSE** comes before the Court for consideration of the parties' Joint Motion for Approval of Consent Decree.  (Dkt. 30)  Upon consideration of all relevant filings and case law, and being otherwise fully advised, the Court hereby **GRANTS** the parties' Motion (Dkt. 30) and **APPROVES** the Consent Decree reached by the parties, as set forth in the Attachment to this Order.  Notwithstanding the language contained in the Consent Decree, specifically underneath the heading "**FINDINGS**", this Order is entered on the STIPULATION of the parties, not based on any independent review or findings by the Court.

      **DONE** and **ORDERED** in Tampa, Florida, this 31st day of October  2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person